### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| PNC BANK, NATIONAL ASSOCIATION, successor to National City Bank, successor to Mid America Bank, fsb, | ) ) ) ) | |
| Plaintiff, | ) | Case No.  11-cv-4732 |
| v. | ) ) | |
| RJLE, INC., an Illinois corporation; NAPERVILLE PROFESSIONALS, INC.; JENNIFER M. CONTE; RICHARD A. CONTE; LISA A. MULCAHY; ELLEN C. BATINICK; PLAINFIELD PROFESSIONALS, INC.; CCM PARTNERS, INC.; UNITED STATES SMALL BUSINESS ADMINISTRATION; and SMALL BUSINESS GROWTH CORPORATION, | ) ) ) ) ) ) ) ) ) ) | Honorable William J. Hibbler Magistrate Judge Morton Denlow |
| Defendants. | ) | |

### DEFENDANT LISA MULCAHY'S MOTION FOR
### LEAVE TO FILE AFFIRMATIVE DEFENSE, *INSTANTER*

Defendant, Lisa A. Mulcahy ("Mulcahy"), for her motion for leave to file affirmative defense, *instanter*, states as follows:

1.      On March 1, 2012, Mulcahy filed her answer to plaintiff's complaint to foreclose and other relief.

2.      On February 29, 2012, Mulcahy's co-defendants filed an affirmative defense based upon lack of standing.

3.      On May 11, 2012, plaintiff filed its motion for summary judgment and supporting materials.

4.      Mulcahy seeks leave to assert the standing affirmative defense.

5.    Mulcahy's proposed affirmative defense based on lack of standing is attached as Exhibit 1.

WHEREFORE, defendant, Lisa A. Mulcahy, respectfully requests the Court enter an order granting her leave to file her affirmative defense based upon lack of standing, *instanter*, and that the Court enter such other and further orders as it deems just and appropriate.

LISA A. MULCAHY


By:___*/s/  Thomas J. Verticchio*_____
                One of her attorneys


Thomas J. Verticchio, Esq. (ARDC 6190501)
Swanson, Martin & Bell, LLP
330 North Wabash Avenue, Suite 3300
Chicago, Illinois  60611
(312) 321-9100
(312) 321-0990 – Fax

# EXHIBIT
# 1

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| PNC BANK, NATIONAL ASSOCIATION, successor to National City Bank, successor to Mid America Bank, fsb, | ) ) ) ) | |
| Plaintiff, | ) | Case No. 11-cv-4732 |
| v. | ) ) | |
| RJLE, INC., an Illinois corporation; NAPERVILLE PROFESSIONALS, INC.; JENNIFER M. CONTE; RICHARD A. CONTE; LISA A. MULCAHY; ELLEN C. BATINICK; PLAINFIELD PROFESSIONALS, INC.; CCM PARTNERS, INC.; UNITED STATES SMALL BUSINESS ADMINISTRATION; and SMALL BUSINESS GROWTH CORPORATION, | ) ) ) ) ) ) ) ) ) ) | Honorable William J. Hibbler Magistrate Judge Morton Denlow |
| Defendants. | ) | |

## DEFENDANT LISA MULCAHY'S FIRST AFFIRMATIVE DEFENSE

Defendant, Lisa A. Mulcahy ("Mulcahy"), for her first affirmative defense to plaintiff's complaint to foreclose, states as follows:

1.     At the time the complaint was filed, the plaintiff was neither the owner nor the holder of the Note, Mortgage, nor the Guaranties at issue.

2.     The Note, Mortgage, and Guaranties attached to plaintiff's own complaint all specify MidAmerica Bank, fsb as Lender.

3.     The purported "Certificate" attached to plaintiff's complaint as Exhibit A is not the true certificate of any merger involving MidAmerica Bank, fsb.

4.     There is attached to that purported "Certificate" an official certification of merger between plaintiff, PNC Bank, and National City Bank. (Exhibit A to plaintiff's Exhibit A.) But

00305-0001 / 2285784

nothing therein establishes the successor relationship between National City Bank and MidAmerica Bank, fsb, the Lender.

5.      On information and belief, there is no successor relationship between National City Bank and MidAmerica Bank, fsb, the Lender.

6.      As such, at the time the complaint was filed, plaintiff was not the Mortgagee as defined by Section 735 ILCS 5/15-1208 and plaintiff has no standing to seek foreclosure relief through 735 ILCS 5/15-1101, *et seq.*, under the terms of the Mortgage attached to the complaint.

WHEREFORE, defendant, Lisa A. Mulcahy, respectfully requests that judgment be entered in her favor and against plaintiff, and that the Court enter such other and further orders as it deems just and appropriate.

LISA A. MULCAHY


By:___*/s/ Thomas J. Verticchio*_____
         One of her attorneys

Thomas J. Verticchio, Esq. (ARDC 6190501)
Swanson, Martin & Bell, LLP
330 North Wabash Avenue, Suite 3300
Chicago, Illinois  60611
(312) 321-9100
(312) 321-0990 – Fax