# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

PNC Bank
        Plaintiff,

v.                 Case No.: 1:11–cv–04732
                Honorable Virginia M. Kendall

RJLE, Inc., et al.
        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 15, 2012:

  MINUTE entry before Honorable Virginia M. Kendall: MOTION by Defendant Lisa A. Mulcahy for leave to file *affirmative defense, instanter*[61] is granted. Plaintiff's oral motion to adopt the affirmative defenses is granted. MOTION by Plaintiff PNC Bank for default judgment as to *Small Business Growth Corporation*[55] is granted. Small Business Growth Corporation is in default. MOTION by Plaintiff PNC Bank to appoint special commissioner [56] is granted. Oral motion for extension is granted. MOTION by Plaintiff PNC Bank for summary judgment [52] is entered and briefed as follows: Responses due by 6/25/2012. Replies due by 7/9/2012. Ruling will be made by mail. Advised in open court notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.